■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS BICKHAM, Appellant.—Appeal from a judgment of the County Court of Sullivan County (Hanofee, J.), rendered February 8, 1990, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

We reject defendant's contention that the prison sentence imposed by County Court of 3 to 9 years was harsh and excessive. The sentence was in accordance with the plea bargain and was well within the statutory limits. Under the circumstances, his admission that he has a drug problem fails to demonstrate either extraordinary circumstances or an abuse of discretion by the court warranting a reduction in the

sentence *(see, People v Mackey,* 136 AD2d 780, *lv denied* 71 NY2d 899).

Judgment affirmed. Mahoney, P. J., Mikoll, Yesawich, Jr., Crew III, and Harvey, JJ., concur.